```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :
                                                            :           19 Cr. 739 (LGS)
         -against-                                          :
                                                            :           SCHEDULING ORDER
EDWARD PABELLON,                                            :
                              Defendant,                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Edward Pabellon's sentencing hearing shall be held on **March 5, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **February 10, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **February 13, 2020.**

Dated: November 14, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**